# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:04-cr-00092 |
| v. | ORDER |
| RASHADI ANDRE WEARING,<br>*Defendant.* | JUDGE NORMAN K. MOON |

The matter is now before me upon consideration of the report and recommendation of United States Magistrate Judge B. Waugh Crigler dated January 27, 2011 (docket no. 433), and the objections filed thereto (docket no. 436).

For the reasons stated in my Memorandum Opinion, the Report and Recommendation of the Magistrate Judge is hereby ADOPTED in its entirety.

The Clerk of the Court shall prepare a new judgment in every respect the same as the previous amended judgment entered on August 15, 2008 (docket no. 347).

The Clerk is directed to send a certified copy of this order to all counsel of record, and to Defendant.

It is so ORDERED.

Entered this 15th day of March, 2011.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE