# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Case No. 3:04cr00092-8 |
| | ) | |
| v. | ) | **2255 FINAL ORDER** |
| | ) | |
| RASHADI ANDRE WEARING, | ) | By: Norman K. Moon |
|     Petitioner. | ) | United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is hereby **ORDERED** and **ADJUDGED** that the United States' motion to dismiss (Docket No. 516) is **GRANTED**; Wearing's motion pursuant to 28 U.S.C. § 2255 (Docket No. 507) is **DISMISSED**; and this action is **STRICKEN** from the active docket of this court.

Further, finding that Wearing has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

The Clerk is directed to send a certified copy of this order and the accompanying memorandum opinion to the parties.

**ENTER:** This 15th day of November, 2013.

/s/ Norman K. Moon
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE